PER CURIAM.
Affirmed. See, e.g., AFM Corp. v. Southern Bell Tel. & Tel. Co., 515 So.2d 180, 181 (Fla.1987); Lassitter v. International Union of Operating Eng’rs, 349 So.2d 622 (Fla.1976); Chomont v. Ward, 103 So.2d 635 (Fla.1958); Casey v. Welch, 50 So.2d 124 (Fla.1951); Empire Fire & Marine Ins. Co. v. Black, 546 So.2d 732 (Fla. 3d DCA1989); National Aircraft Serv. v. Aeroserv Int’l, Inc., 544 So.2d 1063 (Fla. 3d DCA1989); Rosen v. Marlin, 486 So.2d 623 (Fla. 3d DCA), rev. denied, 494 So.2d 1151 (Fla.1986); Bondu v. Gurvich, 473 So.2d 1307 (Fla. 3d DCA1984), rev. denied, 484 So.2d 7 (Fla.1986); Trueba v. Pershing Indus., Inc., 374 So.2d 47 (Fla. 3d DCA1979), cert. denied, 383 So.2d 1204 (Fla.1980); Estate of Harper v. Orlando Funeral Home, Inc., 366 So.2d 126 (Fla. 1st DCA1979), cert. denied, 386 So.2d 637 (Fla.1980); Scott-Steven Dev. Corp. v. Gables by the Sea, Inc., 167 So.2d 763 (Fla. 3d DCA 1964), cert. denied, 174 So.2d 32 (Fla.1965); compare Kirksey v. Jernigan, 45 So.2d 188 (Fla.1950); Halpin v. Kraeer Funeral Homes, Inc., 547 So.2d 973 (Fla. 4th DCA1989), rev. denied, 557 So.2d 35 (Fla.1990).